IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KEITH D. CORNIA and LISA H. CORNIA,<br>                    Plaintiffs,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br>                    Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No.  2:13CV270 DAK |

On October 16, 2013, this court granted Defendant's Motion to Dismiss and dismissed Plaintiffs' Complaint.  The court, however, granted Plaintiffs until November 8, 2013 to file an Amended Complaint if they could assert any claims that were not based on securitization, assignment to MERs, or "robo-signing."[1]  Plaintiffs have not filed an Amended Complaint, and the time for doing so has expired.  Accordingly, this action is DISMISSED with prejudice, and the Clerk of Court is directed to close this case.

DATED this 20th day of December, 2013.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

---

[1] *See* Docket No. 12 at page 4.